

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Otoniel Tyler Pennings<br><br>Plaintiff,<br>V.<br><br>D. Davey; Kamala D. Harris; Scott Kernan, Secretary of the California Department of Corrections and Rehabilitation<br><br>Defendant. | Civil Action No.   15cv1836-CAB-BGS<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court hereby: (1) adopts the Report in full; (2) rejects Petitioner's objections; (3) denies the Petition for Writ of Habeas Corpus; and (4) denies a certificate of appealability.
IT IS SO ORDERED.

**Date:**    3/9/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Gutierrez
J. Gutierrez, Deputy